Submitted April 12, reversed and remanded May 11, 2011

TOBY TYLER BERRIER,
*Plaintiff-Appellant,*

*v.*

Joe DeCAMP,
Superintendent,
Deer Ridge Correctional Institution,
*Defendant-Respondent.*

Jefferson County Circuit Court
09CV0019; A145046

256 P3d 170

Hari Nam S. Khalsa filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Linda Wicks, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Duncan, Judge.

PER CURIAM

Reversed and remanded. *Baty v. Slater*, 161 Or App 653, 984 P2d 342 (1999), *adh'd to on recons*, 164 Or App 779, 995 P2d 1176, *rev den*, 331 Or 191 (2000).